IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02971–WJM–KMT

HURON PRODUCE, LTD., a corporation,

     Plaintiff,

v.

RED ROCKS PRODUCE COMPANY, INC., a corporation,
GARY LYNN LONG, an individual, and
KIMBERLY KAYE LONG, an individual,

     Defendants.

---

**ORDER**

---

     This matter is before the court on review of the "Notice of Bankruptcy Filing" filed by

Plaintiff on February 18, 2011.  (Doc. No. 10.)  According to the Notice, Defendants Gary Lynn

Long and Kimberly Kaye Long filed a Voluntary Petition under Chapter 7 of the United States

Bankruptcy Code on December 29, 2010.  Therefore, Sections 361 and 362 of the United States

Bankruptcy Code apply with respect to Defendants Gary Lynn Long and Kimberly Kaye Long

and the property of these defendants.  Title 11 U.S.C. § 1520(a).  Section 362(a) of the

Bankruptcy Code provides

     Except as provided in subsection (b) of this section, a petition filed under section
     301, 302, or 303 of this title, or . . . operates as a stay, applicable to all entities, of
     (1) the commencement or continuation, including the issuance or employment of
     process, of a judicial, administrative, or other action or proceeding against the
     debtor that was or could have been commenced before the commencement of the

case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

***

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

Title 11 U.S.C. § 362(a).  Accordingly, the bankruptcy precludes continuing this litigation with respect to Defendants Gary Lynn Long and Kimberly Kaye Long.

It is therefore ORDERED that all proceedings against Defendants Gary Lynn Long and Kimberly Kaye Long are STAYED unless and until relief from the automatic stay in Bankruptcy Case No. 10-42206-MER is granted.

Plaintiffs are ORDERED to file a status report in this case within ten days of any relief from stay in the bankruptcy case.

Dated this 28th day of February, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge