IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02971-WJM-KMT

HURON PRODUCE, LTD., a corporation,

    Plaintiff,

v.

RED ROCKS PRODUCE COMPANY, INC., a corporation;
GARY LYNN LONG, an individual;
KIMBERLY KAY LONG, an individual,

    Defendants.

_____

### ORDER TO DISMISS RED ROCKS PRODUCE COMPMANY, INC. WITHOUT PREJUDICE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL
_____

This matter is before the Court on the Plaintiff's Motion for Voluntary Dismissal of Defendant Red Rocks Produce Company, Inc. (Doc. #14) pursuant to F.R.C.P. 41(a).

It is ORDERED that **RED ROCKS PRODUCE COMPANY, INC.**, is hereby DISMISSED from this action WITHOUT PREJUDICE.

Dated this 4th day of March, 2011.

                                        BY THE COURT:

                                        *s/ William J. Martínez*
                                        United States District Judge